**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Guillermo VILLA–GONZALES,
Defendant—Appellant.**

No. 04–30544.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Lynne W. Lamprecht, Esq., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Dennis M. Charney, Esq., Eagle, ID, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Guillermo Villa–Gonzales appeals the 18–month sentence imposed following his guilty plea conviction for possession of a firearm by an alien illegally in the United States, in violation of 18 U.S.C. § 922(g)(5), and criminal forfeiture, in violation of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because we conclude that the district court erred under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and because Villa–Gonzales preserved this constitutional error below, we vacate the sentence and remand for resentencing under the now-advisory Guidelines. *See United States v. Kortgaard,* 425 F.3d 602, 610–11 (9th Cir.2005).

**SENTENCE VACATED AND RE-MANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.